KATHLEEN B. BORKOWSKI *v.* JOHN J. BORKOWSKI
(10882)

O'CONNELL, FOTI and FREEDMAN, Js.

Argued December 9, 1992—decision released January 5, 1993

*Alexandra Davis,* with whom was *Wesley W. Horton,* for the appellant (defendant).

*Averum J. Sprecher,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.